IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| SUSAN BOWMAN, | * | |
| Plaintiff, | * | |
| vs. | * | No. 1:12CV00036 |
| ROBERT TILTON, ET AL., | * | |
| Defendants. | * | |

## Order

Before the Court are a motion to dismiss filed by separate defendant Robert Tilton and a motion filed by plaintiff to voluntarily dismiss Robert Tilton.

Plaintiff's motion for voluntary dismissal pursuant to Fed.R.Civ.P. 41 [docket entry 18] is hereby granted. Plaintiff's claims against Robert Tilton are dismissed without prejudice. Separate defendant's motion to dismiss [docket entry 10] is moot.

DATED this 23rd day of July, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE