IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


SUSAN BOWMAN,                           *
                                        *
                    Plaintiff,          *
                                        *
vs.                                     *        No. 1:12CV00036
                                        *
ROBERT TILTON, ET AL.,                  *
                                        *
                    Defendants.         *


**Order**

Before the Court is plaintiff's motion for an extension of time to respond to separate defendant Barbara Tilton's motion for summary judgment.  Plaintiff informs the Court separate defendant does not object.

IT IS THEREFORE ORDERED that plaintiff's motion [docket entry 23] is granted. Plaintiff has one hundred and twenty (120) days from the date of entry of this Order to conduct discovery before responding to the motion for summary judgment filed by separate defendant Barbara Tilton.

DATED this 23rd  day of July, 2012.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE