IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| SUSAN BOWMAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 1:12CV00036 |
| | * | |
| NAUTIC GLOBAL GROUP, INC., HEBER SPRINGS MARINA, INC., AND JOHN DOES 1-3, | * | |
| | * | |
| Defendants. | * | |
| NAUTIC GLOBAL GROUP, INC., | * | |
| | * | |
| Third Party Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| ERIC BOWMAN; JOHN DOES 1 and 2, | * | |
| | * | |
| Third Party Defendants. | * | |
| NAUTIC GLOBAL GROUP, INC., | * | |
| | * | |
| Cross Claimant, | * | |
| | * | |
| vs. | * | |
| | * | |
| HEBER SPRINGS MARINA, INC., | * | |
| | * | |
| Cross Defendant | * | |
| ERIC BOWMAN, | * | |
| | * | |
| Third Party Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| ST. PAUL FIRE AND MARINE INS. CO., | * | |

|  |  |
|---|---|
| Third Party Defendant. | * * * |
| AMERICAN MODERN HOME INS., | * * |
| Consolidated Plaintiff, | * * |
| vs. | * * |
| ERIC BOWMAN, | * * * |
| Consolidated Defendant | * |

## Order

Before the Court is the parties' joint motion to dismiss this action with prejudice.

IT IS THEREFORE ORDERED that all claims, cross-claims, counterclaims, third-party claims, and declaratory judgment claims, whether pled in this case or the consolidated case, *American Modern Home Ins. Co. v. Eric Bowman*, Case No. 1:13cv00054, are hereby dismissed with prejudice.

DATED this 6th day of January, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE